MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
3/27/18 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: __Hauger_____ JAD

Case Number: __18-70024__

Date of Meeting: __3/16/18__   Recording # __05__

Debtor(s) present __✓__ or Not Present ___ ( __✓__ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Willis_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __2-10-18__   Applicable commitment period __✓__ 3 yrs ___ 5 yrs

tax return to be supplied at conciliation

__✓__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
　　　　　　　　　　　　　　　　_____ Order to Show Cause Requested
　　　　　　　　　　　　　　　　_____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
　　　_____ 341 Meeting   OR   __✓__ Conciliation Conf. OR __ *Contested Hearing
　　　On __May 10, 2018__ at __2:30__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee