# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MATTHEW L. HAUGER | | |
| **Case Number:** | 18-70024-JAD | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, MAY 10, 2018 02:30 PM  3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
5/11/18 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#15 - Continued Confirmation of Plan Dated 2/10/2018 (N)
    +Objections By:  Peoples Natural Gas Co.
R / M #:  15 / 0

### *Appearances:*

Debtor:  Willis
Trustee:  Winnecour / Pail / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. ___/___ Case Converted to Chapter 11
3. ___✓___ Case Dismissed without Prejudice
4. __ _____ ise Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____ .
         A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor atty has no defense to dismissal

no payments