**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Matthew L. Hauger** | : | Case No. 18−70024−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per May 10, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 11th of May, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                        Case No. 18-70024-JAD
Matthew L. Hauger                                                             Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-7        User: jhel                   Page 1 of 2              Date Rcvd: May 11, 2018
                            Form ID: 309                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db             +Matthew L. Hauger,    1013 Vickroy Avenue,    Johnstown, PA 15905-4032
14801582       +FirstEnergy/Penelec,    101 Crawford's Corner Rd, Bldg #1,    Suite 1-511,
                 Holmdel, NJ 07733-1976
14814316        Greater Johnstown Water Co.,    GJWA,    PO Box 1407,   Johnstown, PA 15907-1407
14758654       +Greater Johstown Water Authority,     640 Franklin St,   Johnstown, PA 15901-2630
14758659       +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14758660       +Penelec,    PO Box 3687,   Akron, OH 44309-3687
14758663       +Peoples Gas Bankruptcy Department,     375 North Shore Drive,    Pittsburgh, PA 15212-5866
14758664       +Peoples Natural Gas Company LLC,     225 North Shore Drive,    Pittsburgh, PA 15212-5860
14787586       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14758648       +EDI: MERRICKBANK.COM May 12 2018 05:18:00      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14758649       +EDI: AIS.COM May 12 2018 05:18:00      American InfoSource LP as agent fo,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14758650       +E-mail/Text: aquist@creditorsprotection.com May 12 2018 01:39:06      CREDITORS PROTECTION,
                 308 W STATE ST STE 485,    Rockford, IL 61101-1196
14758669        EDI: RCSDELL.COM May 12 2018 05:18:00      Webbank/Dfs,    1 Dell Way,   Round Rock, TX 78682
14758651        EDI: DIRECTV.COM May 12 2018 05:19:00      Directv,    PO Box 11732,   Newark, NJ 07101
14758652       +E-mail/Text: bankruptcy.bnc@ditech.com May 12 2018 01:38:08      DITECH FINANCIAL LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154
14772614       +E-mail/Text: bankruptcy.bnc@ditech.com May 12 2018 01:38:08      Ditech,   P.O. Box 6154,
                 Rapid City, SD 57709-6154
14786583        E-mail/Text: bankruptcy.bnc@ditech.com May 12 2018 01:38:08
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14758653       +E-mail/Text: bknotice@ercbpo.com May 12 2018 01:38:43      ENHANCED RECOVERY CO L,
                 8014 BAYBERRY RD,   Jacksonville, FL 32256-7412
14758656        EDI: RMSC.COM May 12 2018 05:18:00      GREEN TREE SERVICING,    332 MINNESOTA ST STE  610,
                 Saint Paul, MN 55101
14758655        E-mail/Text: bankruptcy.bnc@ditech.com May 12 2018 01:38:08      GREEN TREE SERVICING,
                 P.O. Box 6154,   Rapid City, SD 57709
14758657       +EDI: IRS.COM May 12 2018 05:18:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14758661       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 01:38:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14758665       +E-mail/Text: bkdepartment@rtresolutions.com May 12 2018 01:38:46      Real Time Resolutions,
                 1349 Empire Central Dr,    Ste 150,   Dallas, TX 75247-4029
14774963        E-mail/Text: bkdepartment@rtresolutions.com May 12 2018 01:38:46
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14758666       +E-mail/Text: JBRLANSKY@USSCOFCU.NET May 12 2018 01:39:17      USSCO Johnstown fcu,
                 532 Oakridge Drive,   Johnstown, PA 15904-6915
14758667       +EDI: VERIZONCOMB.COM May 12 2018 05:19:00      Verizon,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
14793190        EDI: AIS.COM May 12 2018 05:18:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14758668       +EDI: VERIZONCOMB.COM May 12 2018 05:19:00      Verizon WIreless,    1 Verizon Way,
                 Basking Ridge, NJ 07920-1097
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Real Time Resolutions, Inc.
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14772610*      +Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
14772611*      +American InfoSource LP as agent fo,    PO Box 248838,    Oklahoma City, OK 73124-8838
14772612*      +CREDITORS PROTECTION,    308 W STATE ST STE 485,    Rockford, IL 61101-1196
14772629*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
14772613*     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Directv,    PO Box 11732,    Newark, NJ 07101)
14772615*      +DITECH FINANCIAL LLC,    PO BOX 6154,   Rapid City, SD 57709-6154
14772616*      +ENHANCED RECOVERY CO L,    8014 BAYBERRY RD,    Jacksonville, FL 32256-7412
14772618*    ++++GREEN TREE SERVICING,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: GREEN TREE SERVICING,    332 MINNESOTA ST STE  610,
                 Saint Paul, MN 55101)
14772617*      +Greater Johnstown Water Authority,    640 Franklin St,    Johnstown, PA 15901-2630
14758658*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0315-7          User: jhel             Page 2 of 2                 Date Rcvd: May 11, 2018
                              Form ID: 309           Total Noticed: 28


             ***** BYPASSED RECIPIENTS (continued) *****
14772619*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14772620*       +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14772621*       +Penelec,    PO Box 3687,    Akron, OH 44309-3687
14758662*       +Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
14772622*       +Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
14772623*       +Peoples Gas Bankruptcy Department,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14772624*       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14772625*       +Real Time Resolutions,    1349 Empire Central Dr,    Ste 150,    Dallas, TX 75247-4029
14772626*       +USSCO Johnstown fcu,    532 Oakridge Drive,    Johnstown, PA 15904-6915
14772627*       +Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
14772628*       +Verizon WIreless,    1 Verizon Way,    Basking Ridge, NJ 07920-1097
                                                                                          TOTALS: 2, * 22, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    Real Time Resolutions, Inc. amps@manleydeas.com
              Lawrence W. Willis    on behalf of Debtor Matthew L. Hauger ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```